**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HOSPITALITY INTERNATIONAL, INC.,
and SOUTHERN SCOTTISH INNS, INC.,

      Plaintiffs,

vs.                                          Case No. 3:12-cv-01145-99MMH-MCR

SITARAM, INC., and PANKAJBHA S.
PATEL, a/k/a Pankaj Patel,

      Defendants.

_____/

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 35; Report), entered on August 26, 2013. In the Report, Magistrate Judge Richardson recommends that Plaintiff's Motion for Entry of Default Judgment (Dkt. No. 25, Motion) be granted, and that the Clerk of the Clerk be directed to enter judgment in favor of Plaintiffs. See Report at 17. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions

de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge and grant the Motion.  Additionally, the Court will dismiss Count II of Plaintiffs' Second Amended Complaint for Damages and Permanent Injunctive Relief (Doc. 17) as Plaintiffs have advised the Court that they intend to abandon their claim for unjust enrichment.  See Doc. 40, Notice of Intent to Abandon Claim.  Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 35) of Magistrate Judge Richardson is **ADOPTED** as the opinion of the Court.

2. Count II of Plaintiffs' Second Amended Complaint for Damages and Permanent Injunctive Relief (Doc. 17) is **DISMISSED**.

3. Plaintiffs' Motion for Entry of Default Judgment (Doc. No. 25) is **GRANTED**.

4. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiffs, Hospitality International, Inc., and Southern Scottish Inns, Inc., and against Defendants, Sitaram, Inc., and Pankajbha S. Patel, a/k/a Pankaj Patel, as follows:

    a. Plaintiffs, Hospitality International, Inc., and Southern Scottish Inns, Inc., are awarded the single sum of $14,270.90 in damages against Defendants, Sitaram, Inc., and Pankajbha S. Patel, a/k/a Pankaj Patel,

      who shall be jointly and severally responsible for satisfaction of judgment.

b.   Plaintiffs, Hospitality International, Inc., and Southern Scottish Inns, Inc., are awarded $26,617.50 in attorney's fees and $350.00 in costs against Defendants, Sitaram, Inc., and Pankajbha S. Patel, a/k/a Pankaj Patel, who shall be jointly and severally responsible for satisfaction of judgment.

c.   A permanent injunction is issued as follows:

i. Defendants, Sitaram, Inc., and Pankajbha S. Patel, a/k/a Pankaj, and all persons who are in active concert or participation with them who receive actual notice of this judgment by personal service or otherwise, including their officers, members, agents, servants, employees, and attorneys, are hereby enjoined from using the Scottish Inn Marks, including "Scottish Inn" and "Scottish Inns," in connection with the advertising, promotion or sale of any product or service.

ii. Defendants, Sitaram, Inc., and Pankajbha S. Patel, a/k/a Pankaj, and all persons who are in active concert or participation with them who receive actual notice of this judgment by personal service or otherwise, including their officers, members, agents, servants, employees, and attorneys, further are enjoined from operating or doing business under any name or mark that is likely to give the impression that the motel is licenced by Hospitality International, Inc. or other

      Scottish Inn licensed motel.

    iii. Within ten (10) business days of the service of this judgment on Defendants, Defendants Sitaram, Inc., and Pankajbha S. Patel, a/k/a Pankaj shall file with the Court a written statement setting forth all of the steps taken to comply with this judgment.

4. The Clerk of Court is directed to terminate all deadlines and pending motions, and to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of December, 2013.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

jae

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record

Pankajbha S. Patel and Sitaram, Inc.
c/o Registered Agent: Pankaj Patel
8072 State Road 6 West
Jasper, FL 32052